ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5500 |
| Robert A. Soloway | |
| David Stern | |
| ———— | |
| Rachel Perillo | |

April 15, 2020

**By ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The conference is adjourned to June 16, 2020 at 3:00 p.m.  Time is excluded under the Speedy Trial Act until that date.
>
> SO ORDERED.
> Dated:  April 16, 2020
>
> _____
> LORETTA A. PRESKA, U.S.D.J.

Re:  United States v. Vega
     Including TEVIN MABLE
     <u>17 Cr. 283 (LAP)</u>

Dear Judge Preska:

    I am the attorney for Tevin Mable, the defendant in the above-referenced matter. This letter is respectfully submitted with the consent of the government, by AUSA Hagan Scotten and AUSA Adam Hobson, to request an adjournment of the status conference presently scheduled for April 21, 2020.

    Due to the present circumstances of the Covid-19 pandemic, I believe that an adjournment of the April 21st status conference is necessary. I have conferred with all defense counsel, all of whom consent to the adjournment, and all of the defendants consent to the exclusion of time under the Speedy Trial Act.  I therefore respectfully request an adjournment to June 16, 2020 at 3:00 p.m., a date and time that I understand is convenient for the Court.

    If the Court has any questions regarding this application please contact my office.

                                                                 Respectfully submitted,

                                                                   /s/

                                                                Jeremy Schneider

cc:   All counsel (by ECF)