# LAW OFFICES OF
# NATALI J.H. TODD, P.C.

**NATALI J.H. TODD**  
**MEMBER: NY & MA BAR**

26 COURT STREET  
SUITE 413  
BROOKLYN, NY 11242-1134

Tel: 718-797-3055  
Fax: 718-504-3900  
E-mail: natali_todd@yahoo.com  
www.natalitoddlawyer.com

June 10, 2020

By ECF  
Honorable Loretta A. Preska  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, New York 10007

Re:    U.S. v. Vega, et al., including Alfredo Rodriguez, 17 Cr. 283 (LAP)

Dear Judge Preska:

    I represent Mr. Rodriguez in the above referenced case. I write with the consent of the government and all of the defendants, to respectfully request that the status conference scheduled for June 16, 2020 be adjourned until a date and time in mid-September, 2020 that is convenient for the Court.

    Due to the present ongoing circumstances of the COVID-19 pandemic and the limited access to the defendants, all of whom are incarcerated, counsel for all of the defendants believe that an adjournment of the June 16th status conference is necessary. All defense counsel consent to the exclusion of time under the Speedy Trial Act. Accordingly, I respectfully request an adjournment to mid-September on a date and time that is convenient for the Court.

    Thank you for your consideration to this matter.

Respectfully,

s/s *N. Todd*  
Natali Todd, Esq.

```
The conference is adjourned to
September 30 at 11:00 a.m.  Time
is excluded under the Speedy
Trial Act until September 30.
SO ORDERED.
Dated: June 12, 2020
```

_____  
LORETTA A. PRESKA, U.S.D.J.

LAW OFFICES OF
**NATALI J.H. TODD, P.C.**

*U.S. v. Fertides, et al., S1 18 Cr. 319 (LTS)*