```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

    -against-

RICHARD DRAYTON,

        Defendant.

No. 17-CR-283 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of a letter from Mr. Drayton. (Dkt. no. 390.)  Counsel shall reply by letter no later than September 25.

SO ORDERED.

Dated:  September 18, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.