```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      -against-<br><br>RICHARD DRAYTON,<br>             Defendant. | No. 17-CR-283 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    By order dated September 18 (dkt. no. 391), Mr. Drayton's attorneys were ordered to respond to Mr. Drayton's letter filed on September 16 (dkt. no. 390). Counsel have not yet done so.

    Counsel are again ordered to respond to Mr. Drayton's letter no later than October 13.

    The Clerk of the Court shall mail a copy of this order to Mr. Drayton.

SO ORDERED.

Dated: October 6, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.