UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

     -against-

RICHARD DRAYTON,

          Defendant.

No. 17-CR-283 (LAP)

ORDER

---

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    In light of counsel's letter (filed under seal to avoid disclosing attorney-client information) responding to Mr. Drayton's letter filed on September 16, new counsel will be appointed to represent Mr. Drayton. The Clerk of the Court shall mail a copy of this order to Mr. Drayton.

SO ORDERED.

Dated:  October 6, 2020
       New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.