```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :      ORDER
                                    :
                                    :      17cr283-14 (LAP)
                                    :      _____
RICHARD DRAYTON                     :      Docket #
                                    :
------------------------------------x
```

Loretta A. Preska , DISTRICT JUDGE:
_____
     Judge's Name

The C.J.A. attorney assigned to this case
Bobbi Sternheim and Joshua Dratel
_____ is hereby ordered substituted
     Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to  Michael Gilbert  , NUNC-PRO-TUNC  October 6, 2020 .
                      _____              _____
                           Attorney's Name

SO ORDERED.

*Loretta A. Preska* (signature)

UNITED STATES DISTRICT JUDGE

October 15, 2020
Dated:   New York, New York