5

USDC SDNY
DOC[...]
ELE[...]ED
DOC #
DATE FILED: 10-22-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

-against-

Richard Drayton

------------------------------------x

ORDER

17CR283-14 (LAP)
Docket #

Loretta A. Preska, DISTRICT JUDGE:
           Judge's Name

The C.J.A. attorney assigned to this case
Michael Gilbert is hereby ordered substituted
           Attorney's Name

and the representation of the defendant in the above captioned
matter is assigned to Donald Yannella, NUNC-PRO-TUNC October 6, 2020
                      Attorney's Name

SO ORDERED.

*Loretta A. Preska*
UNITED STATES DISTRICT JUDGE

Dated: October 22, 2020
       New York, New York