The Law Office of

# Treyvus & Konoski, P.C.

**Attorneys and Counselors at Law**

**305 Broadway, 7th Floor**
**New York, NY 10007**
**(212) 897-5832**
**Fax: (718) 351-1918**
**www.TKCriminalDefense.com**

# REQUEST TO THE CLERK OF THE COURT

I would kindly ask to be removed from the ECF notifications on this case.  I am no longer representing the defendant in this matter.

Thank you for your time and attention to this request.

Sincerely,

**SO ORDERED.**

/s/ Bryan Konoski

Dated:      November 18, 2020
            New York, New York

BRYAN KONOSKI

LORETTA A. PRESKA, U.S.D.J.

The law firm partners, Kira Treyvus and Bryan Konoski, are admitted to practice State Law in New York and New Jersey only.  However, under federal administrative law, the partners are permitted to practice Social Security Disability law before the Social Security Administration throughout the United States.