UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>RICHARD DRAYTON,<br><br>                    Defendant. | No. 17-CR-283 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a hearing, pursuant to United States v. Curcio, 680 F.2d 881 (2d Cir. 1982), on February 16, 2021 at 11:00 a.m.

**SO ORDERED.**

Dated:    February 3, 2021
           New York, New York

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge