Law Offices of
# Donald J. Yannella
A Professional Corporation  
Email: nynjcrimlawyer@gmail.com  
Tel: (212) 226-2883  
Fax: (646) 430-8379

**70 Grand Avenue, Suite 100**  **233 Broadway, Suite 2370**
River Edge, NJ  07661             New York, NY  10279
                                  (Preferred mailing address)

February 8, 2021

Hon. Loretta A. Preska  
United States District Judge  
Daniel P. Moynihan United States Courthouse  
500 Pearl Street  
New York, NY  10007

      Re:    US v Drayton  
                 17 Cr. 283 (LAP)

Dear Judge Preska:

      I am counsel for Richard Drayton, and we received notice to appear for a hearing, pursuant to *United States v. Curcio*, 680 F.2d 881 (2d Cir. 1982), on February 16, 2021 at 11:00 a.m.

      Mr. Drayton asked me to seek permission for him to appear remotely at that hearing, via telephone or video, because of the hardship associated with being quarantined at the Metropolitan Detention Center if he appears in person.  He also informs me that, at that hearing, he intends to request the appointment of *Curcio* counsel.

```
Mr. Drayton's request to appear
remotely is GRANTED.  Counsel shall be
appointed to represent Mr. Drayton in
connection with the Curcio hearing.

SO ORDERED.

Dated:     February 8, 2021
           New York, New York
```

Sincerely,

/s/

Donald J. Yannella, Esq.

_____  
LORETTA A. PRESKA, U.S.D.J.