UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>RICHARD DRAYTON,<br><br>                    Defendant. | No. 17-CR-283 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Pursuant to the Criminal Justice Act, Eric Franz is hereby appointed to represent Defendant Richard Drayton in connection with his upcoming hearing regarding the application of <u>United States v. Curcio</u>, 680 F.2d 881 (2d Cir. 1982).

**SO ORDERED.**

Dated:    February 8, 2021
           New York, New York

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge