UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :    17-CR-283 (LAP)
        -v.-                         :
                                     :    ORDER
RICHARD DRAYTON,                     :
                                     :
            Defendant.               :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the pro se letter filed by Defendant Richard Drayton in the above-captioned case requesting this Court amend its judgment (dkt. no. 511) to set a quarterly payment amount not to exceed $50 per quarter and to assign him responsibility for a specific share of the $10,000 restitution award (dkt. no. 642). The Government shall respond to Defendant's letter request by April 7, 2025. Mr. Drayton may submit any reply by May 5, 2025. The Clerk of the Court shall mail a copy of this Order to Mr. Drayton.

**SO ORDERED.**

Dated:   New York, New York
         March 10, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge