```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA,       :
                                :   17-CR-283 (LAP)
        -v.-                    :
                                :   ORDER
RICHARD DRAYTON,                :
                                :
              Defendant.        :
-------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the pro se motion filed by Defendant Richard Drayton in the above-captioned case seeking a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and the accompanying motion for appointment of counsel. (Dkt. no. 648.) While there is no statutory right to counsel under the Criminal Justice Act (CJA) in connection with a § 3582(c) motion, the provision of counsel for such motions rests in the discretion of the Court. United States v. Cirineo, 372 F. App'x 178, 179 (2d Cir. 2010). The Court hereby appoints David Esseks as CJA counsel to represent Mr. Drayton in the above-captioned case.

Counsel shall file any supplemental motion on behalf of Mr. Drayton by June 12, 2025. The Government shall respond by July 12, 2025. Mr. Drayton may submit any reply by July 31, 2025.

The Clerk of the Court shall mail a copy of this Order to Mr. Drayton.

**SO ORDERED.**

Dated:   New York, New York
         May 13, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge