**Allen Overy Shearman Sterling US LLP**
599 Lexington Avenue
New York, NY 10022

Tel: +1.212.610.6326
Fax: +1.646.848.7179

**Via ECF**

June 4, 2025

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

*Re: United States v. Richard Drayton, a/k/a "Rad," S10 17 Cr. 283 (LAP)*

Dear Judge Preska,

I represent Richard Drayton in the above-referenced matter pursuant to my appointment as his CJA counsel by this Court on May 13, 2025.

We have been reviewing Mr. Drayton's *pro se* motion for a sentence reduction. We have tried to reach our client regarding this matter through letters sent to FCI Loretto on May 15 and June 3, 2025. As of this date, we have not received a response from him. Accordingly, I respectfully request that the filing deadline for Mr. Drayton's supplemental motion for a sentence reduction, currently scheduled for June 12, 2025, be extended until June 26, 2025, or any time thereafter that is convenient for the Court.

This will allow time to contact Mr. Drayton and speak with him about the merits of his motion.

Respectfully submitted,

*/s/ David Esseks*
David Esseks

```
Counsel's request for an extension is GRANTED.  Counsel
shall file any supplemental motion by July 1, 2025 or
shall advise the Court whether an additional extension
is necessary. The Clerk of the Court shall close docket
number 661.

SO ORDERED.
Dated: June 5, 2025
                                        _____
                                        LORETTA A. PRESKA, U.S.D.J.
```

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD.  It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323).  The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications.  A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.
Allen Overy Shearman Sterling US LLP is an affiliate of Allen Overy Shearman Sterling LLP. Allen Overy Shearman Sterling LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Austin, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Chicago, Dallas, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Houston, Istanbul, Jakarta (associated office), London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Riyadh, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Toronto, Warsaw, Washington, D.C.