# A&O SHEARMAN

**Allen Overy Shearman Sterling US LLP**
599 Lexington Avenue
New York, NY 10022

Tel: +1.212.610.6326
Fax: +1.646.848.7179

**Via ECF**

June 25, 2025

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

*Re: United States v. Richard Drayton, a/k/a "Rad," S10 17 Cr. 283 (LAP)*

Dear Judge Preska,

I represent Richard Drayton in the above-referenced matter pursuant to my appointment by this Court on May 13, 2025.

On June 4, 2025, following unsuccessful attempts to reach our client, we asked the Court to extend the supplemental motion filing deadline. The Court granted an extension to July 1, 2025, noting that a further extension could be sought if needed.

We spoke with Mr. Drayton today, June 25, 2025 for the first time. Following our conversation, we believe that additional research is necessary to best assist Mr. Drayton and inform the Court. Accordingly, we respectfully request an additional two-week extension, moving the July 1 deadline to July 15, 2025 or anytime thereafter convenient for the Court.

Respectfully submitted,

*/s/ David Esseks*
David Esseks

```
Defendant's request for an extension is GRANTED.
Defendant may file a supplemental motion no later than
July 25, 2025. The Clerk of the Court shall close docket
number 666.
SO ORDERED.

Dated: June 25, 2025
                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.
```

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD.  It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323).  The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications.  A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.
Allen Overy Shearman Sterling US LLP is an affiliate of Allen Overy Shearman Sterling LLP. Allen Overy Shearman Sterling LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Austin, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Chicago, Dallas, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Houston, Istanbul, Jakarta (associated office), London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Riyadh, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Toronto, Warsaw, Washington, D.C.