

**David Esseks**
Office: 212-206-2502
david.esseks@esseksingoglia.com
www.esseksingoglia.com

July 23, 2025

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     *United States v. Richard Drayton*, 17 Cr. 283 (LAP)

Dear Judge Preska:

I represent Richard Drayton in the above-referenced matter.

On June 4, 2025, following unsuccessful attempts to reach our client, we asked the Court to extend the supplemental motion filing deadline. The Court granted an extension until July 1, 2025, noting that a further extension could be sought if needed.

Following our first conversation with Mr. Drayton, we asked this Court for another extension on June 25, 2025. The Court granted an extension until July 25, 2025.

Presently, we are still waiting for materials from our client and respectfully ask this Court for an extension of the July 25 deadline to August 8, 2025 or any date thereafter convenient for the Court.

Respectfully submitted,

*/s/ David Esseks*
David Esseks

```
Defense counsel's request for an extension until August 8,
2025 to file a supplemental motion is GRANTED.  The Clerk of
the Court shall close docket number 672.

SO ORDERED.

Dated: July 24, 2025
                                          _____
                                          LORETTA A. PRESKA, U.S.D.J.
```