

**David Esseks**
Office: 212-206-2502
david.esseks@esseksingoglia.com
www.esseksingoglia.com

September 4, 2025

> Defendant's request for an extension is GRANTED. Defendant's papers shall be filed no later than September 26, 2025. The Clerk of the Court shall close docket number 678.
>
> **SO ORDERED.**
>
> Dated: September 5, 2025
>
> _____
> LORETTA A. PRESKA, U.S.D.J.

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     *United States v. Richard Drayton*, 17 Cr. 283 (LAP)

Dear Judge Preska:

I represent Richard Drayton in the above-referenced matter.

We have been preparing papers in support of Mr. Drayton's initial *pro se* motion for a sentence reduction, and the Court has kindly accommodated our several requests for adjournments. Our papers are due tomorrow, September 5, but we are still waiting for materials sent from our client, which were initially misaddressed. We are addressing that issue promptly but request that the Court grant an extension of time to September 12, 2025 or any date thereafter convenient to the Court.

Respectfully submitted,

*/s/ David Esseks*
David Esseks