

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 21, 2026

**<u>VIA ECF</u>**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:**    ***United States v. Richard Drayton*, 17 Cr. 283-14 (LAP)**

Dear Judge Preska:

The Government respectfully submits this letter motion in connection with defendant Richard Drayton's supplemental motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A) (the "Compassionate Release Motion"), which was filed on November 25, 2025. (Dkt. No. 685.)

The Assistant United States Attorneys previously assigned to this case no longer work at the United States Attorney's Office for the Southern District of New York, and, accordingly, the Government did not receive notice that the defendant's motion had been filed until defendant's counsel reached out to the United States Attorney's Office last week regarding the Government's response. The undersigned has now been assigned to this case, and the Government is working diligently to prepare a response to the Compassionate Release Motion.

So that the Government has an adequate opportunity to prepare a response to the defendant's motion, <u>the Government respectfully requests that the Court set a deadline of May 7, 2026 for the Government to file a response to the Compassionate Release Motion.</u> Counsel for the defendant informed the Government that they consent to this requested briefing schedule.

The Government thanks the Court for its consideration.

**SO ORDERED.** The Clerk of
the Court shall close
docket number 694.

_____
Loretta A. Preska, U.S.D.J.
April 22, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: _____
Chelsea Spence
Assistant United States Attorney
(212) 637-2528

cc: All Counsel of Record (via ECF)